Marie Ann BUSCH,
Petitioner/Respondent,

v.

Lonnie Anthony BUSCH, II,
Respondent/Appellant.

No. 69333.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 25, 1997.

Bryan Hettenbach, Clayton, for appellant.

Clyde C. Farris, Jr., Stephen C. Hiotis, Copeland, Thompson & Farris, P.C., Clayton, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Father appeals after the denial of his motion to modify his child support obligation. We affirm. The judgment of the court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this

order affirming the judgment pursuant to Rule 84.16(b).